# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

145825-6(69)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CYNTHIA NEAL VITTIGLIO,
       Plaintiff-Appellant,

v

THOMAS ANTHONY VITTIGLIO,
       Defendant-Appellee.

SC: 145825-6
COA: 303724; 304823
Oakland CC: 2010-774722-DO

_____/

On order of the Court, the motion for reconsideration of this Court's February 8, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



Clerk

h0520